Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Debra Ann Draper
6611 So. Campbell
Chicago, IL 60629
SSN: xxx−xx−5769 EIN: N.A.

Case No. : 21−09029
Chapter : 7
Judge : David D. Cleary

---

Debtor's Attorney:

Debra Ann Draper
6611 So. Campbell
Chicago, IL 60629

Trustee:

Ariane Holtschlag, trustee
FactorLaw
105 W. Madison
Suite 1500
Chicago, IL 60602

(312) 878−4830

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on ***July 29, 2021*** .

1. ***December 1, 2021*** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. ***January 25, 2022*** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: August 31, 2021

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court