UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 21-09029
Debra Ann Draper  )
 )  Chapter: 7
 )  Honorable David D. Cleary
 )
 )
Debtor(s)  )

**Order Granting Trustee's Motion to Employ Special Counsel Retroactive to August 25, 2021**

This matter, coming to be heard on the motion of Ariane Holtschlag, not individually, but as chapter 7 trustee for the estate of Debra Ann Draper, this court having jurisdiction and due notice being given all parties entitled thereto, this Court orders that the motion is granted, and:

IT IS HEREBY ORDERED that the Trustee is authorized to employ Robert Smoler as special counsel to pursue Debra Ann Draper's worker's compensation claim against Chicago Public Schools on a contingent fee of 20%, pursuant to the engagement agreement annexed to the Trustee's motion, with compensation and reimbursement of expenses to be determined by further order of Court.

Enter: *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: November 17, 2021

**Prepared by:**

Justin R. Storer (6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602
312.373.7226 | jstorer@wfactorlaw.com