UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-09029 |
| Debra Ann Draper | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT WITH CHICAGO PUBLIC SCHOOLS, AND GRANTING MOTION FOR AUTHORITY TO PAY ROBERT SMOLER**

This matter, coming to be heard on the motion of Ariane Holtschlag, not individually but as the chapter 7 Trustee for the estate of Debra Ann Draper, this Court having jurisdiction and due notice being given all parties entitled thereto, the Motion is granted as provided herein:

1. The settlement agreement, attached to the motion, in resolution of the workers' compensation action styled Debra Draper v. Chicago Public Schools, case 14WC043652 before the Illinois Workers' Compensation Commission, is approved by this Court.

2. The Trustee is authorized to enter into the settlement agreement, and to sign documents and take all such steps as are necessary to effectuate the settlement agreement.

3. The Court finds that of $174,924.95 payable by Chicago Public Schools in resolution of the workers' compensation claim, $10,030.00 is not property of the bankruptcy estate, being designated as a Medicare "set-aside."

4. The Court awards Robert Smoler attorney's fees of $32,978.99, and reimbursement of actual expenses in the amount of $1,026.70.

5. The Trustee is authorized to pay Robert Smoler's attorney's fees of $32,798.99 and reimbursement of actual expenses of $1,026.70, for a total payment to Smoler of $34,005.69, at such time as funds are available for her to make such payment.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  March 06, 2024

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicaog, IL 60602